UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA   5:13-mj-00005 JLT

| | |
|---|---|
| United States of America,           ) | Case / Citation No. FAMT00\\ /CA4O |
| Plaintiff,                                    ) | DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE; ORDER |
| v.                                             ) | |
| Michael Gordon,                       ) | |
| Defendant.                                ) | |

Defendant hereby requests a Court Order waiving his/her appearance at his/her Feb 05, 2013 hearing, scheduled for _____ at 9 a.m. Defendant resides in Lake Isabella, CA and it would be a financial hardship for him/her to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his/her presence at the upcoming hearing.

Defendant hereby waives his/her presence at the Feb. 05, 2013 hearing on _____, at 9 a.m. and requests the Court proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she was personally present. This request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: 1/8/2013        _____
                                Defendant (Signature)

Dated: 1/8/2013        _____
                                Defendant's Counsel

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on February 5, 2013.

Dated: 1/15/13        _____
                                Jennifer L. Thurston
                                U.S. Magistrate Judge

1